IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00280-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    LOUIS J. GUBITOSA,

       Defendant.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to Defendant's Notice of Disposition filed May 26, 2010 (Doc 7), a change of plea hearing regarding Defendant Gubitosa is set **Tuesday, June 8, 2010 at 11:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: May 27, 2010