IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00280-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LOUIS J. GUBITOSA,

    Defendant.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that the sentencing hearing regarding Defendant Gubitosa is set **Friday, August 20, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: June 9, 2010