**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00280-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    LOUIS J. GUBITOSA,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that due to a conflict in the Court's calendar, the sentencing hearing regarding Defendant Gubitosa set **November 16, 2010 is VACATED and RESET for Thursday, January 20, 2011 at 11:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Dated:  November 9, 2010