**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  10-cr-00280-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     LOUIS J. GUBITOSA,

        Defendant.

___

**ORDER ON GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE**
___

The Court having considered the motion by the United States of America to depart downward at the time of sentencing pursuant to § 5K1.1 of the Sentencing Guidelines by reducing the defendant's sentence to a term of imprisonment of 18 months.

It is hereby ORDERED that said motion is GRANTED.

So ORDERED this  20th  day of January, 2011.

          s/Lewis T. Babcock
          Lewis T. Babcock
          United States District Judge